IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00204-MSK-MJW

HARVEY BOULTER (a Dubai, United Arab Emirates, Resident),

Plaintiff(s),

v.

GREENAUER DESIGN GROUP, INC. (a Colorado Corporation),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Motion to Withdraw or Dismiss as Moot Defendant's Motion to Dismiss (Docket No. 16) is GRANTED.  Defendant's Motion to Dismiss (Docket No. 8) is hereby WITHDRAWN.

Date: March 21, 2014