IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00204-MSK-MJW

HARVEY BOULTER (a Dubai, United Arab Emirates, Resident),

Plaintiff(s),

v.

GREENAUER DESIGN GROUP, INC. (a Colorado Corporation),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 28) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 28-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: May 12, 2014