IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00204-MSK-MJW

HARVEY BOULTER (a Dubai, United Arab Emirates, Resident),

Plaintiff(s),

v.

GREENAUER DESIGN GROUP, INC. (a Colorado Corporation),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Greenauer Design Group Inc.'s Motion for Reconsideration of the Court's Order Granting Plaintiff's Motion to Compel Production of Discovery Requests (Docket No. 44) is granted, finding that the court did err in the calculation of the time for defendant to respond to plaintiff's Motion to Compel. According, it is further

      ORDERED that this court's Minute Order dated October 27, 2014 (Docket No. 42), which granted the plaintiff's Motion to Compel, is VACATED. It is further

      ORDERED that plaintiff shall have up to and including November 13, 2014, to file a reply in support of his Motion to Compel (Docket No. 37).

Date: October 30, 2014