IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00204-MSK-MJW

HARVEY BOULTER (a Dubai, United Arab Emirates, Resident),

Plaintiff(s),

v.

GREENAUER DESIGN GROUP, INC. (a Colorado Corporation),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for a Temporary Stay of Proceedings to Facilitate Settlement Negotiations (Docket No. 55) is granted.  All matters in this case are stayed up to and including March 30, 2015, to permit the parties to complete their settlement negotiations.  Counsel shall file a joint Status Report with the court on or before March 30, 2015.

Date: January 29, 2015